NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN COVEMAKER, DC #S05952,  )
                                      )

           Appellant,  )

                                      )

v.  )

                                      )        Case No.  2D18-2636

STATE OF FLORIDA,  )

                                      )

           Appellee.  )

_____ )


Opinion filed September 25, 2019.

Appeal from the Circuit Court for Manatee
County; Charles Sniffen, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


         Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.